```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    RONALD E. VAN BUSKIRK # 64683
 2  DIANA J. GRAVES # 215089
    diana.graves@pillsburylaw.com
 3  50 Fremont Street
    San Francisco, CA 94105-2228
 4  Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
 5
    MACKENZIE & ALBRITTON LLP
 6  JAMES A. HEARD # 114940
    One Post Street, Suite 500
 7  San Francisco, California 94104
    Telephone: (415) 288-4000
 8  Facsimile: (415) 288 4010
 9
    Attorneys for Plaintiff
10  GTE MOBILNET OF CALIFORNIA
    LIMITED PARTNERSHIP, doing
11  business as VERIZON WIRELESS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, doing business as VERIZON WIRELESS,<br><br>Plaintiff and Petitioner,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE DEPARTMENT OF PUBLIC WORKS OF THE CITY AND COUNTY OF SAN FRANCISCO, and THE BOARD OF APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants and Respondents. | Case No. C-05-4056 (SI)<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

1 WHEREAS, on November 17, 2005, Defendants and Respondents ("City") filed a Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6);

WHEREAS, the Hearing Date presently set for the Motion is December 23, 2005;

WHEREAS, Plaintiff and Petitioner ("VZW") has requested additional time to respond to City's Motion and City has requested additional time to file a Reply;

WHEREAS, the Parties have met and conferred regarding the need to extend the time to file responsive pleadings;

IT IS HEREBY STIPULATED by and between the Parties, through their counsel of record, that:

1. VZW shall file its Opposition to City's Motion on or before December 30, 2005;

2. City shall file its Reply on or before January 20, 2006;

3. The Parties hereby request the Court to continue the hearing to February 3, 2006.

IT IS SO STIPULATED.

1  Dated: November 18, 2005

2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RONALD E. VAN BUSKIRK
3  DIANA J. GRAVES
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880

6  By _____
7        Diana J. Graves
          Attorneys for Plaintiff and Petitioner
8         VERIZON WIRELESS

10  DENNIS J. HERRERA
    City Attorney
11  OWEN J. CLEMENTS
    THERESA L. MUELLER
12  WILLIAM K. SANDERS
    Deputy City Attorneys

14  Dated: November 18, 2005

15
    By _____
16        WILLIAM K. SANDERS
          Attorneys for Defendants and Respondents

18  CITY AND COUNTY OF SAN FRANCISCO,
    THE DEPARTMENT OF PUBLIC WORKS OF
19  THE CITY AND COUNTY OF SAN
    FRANCISCO, and THE BOARD OF APPEALS
20  OF THE CITY AND COUNTY OF SAN
    FRANCISCO

23  IT IS SO ORDERED.

24  Dated: Nov. 21, 2005

25
    By _____
26        JUDGE SUSAN ILLSTON