1  PILLSBURY WINTHROP SHAW PITTMAN LLP   MACKENZIE & ALBRITTON LLP
2  RONALD E. VAN BUSKIRK, State Bar #64683   JAMES A. HEARD, State Bar #114940
   RITA S. CHAN, State Bar #234754   One Post Street, Suite 500
3  50 Fremont Street   San Francisco, California 94104
   San Francisco, CA 94105-2228   Telephone: (415) 288-4000
4  Telephone: (415) 983-1000   Facsimile: (415) 288-4010
   Facsimile: (415) 983-1200   E-Mail: jheard@mallp.com
5  E-Mail: rita.chan@pillsburylaw.com

6  Attorneys for Plaintiff/Petitioner
   GTE MOBILNET OF CALIFORNIA LIMITED
7  PARTNERSHIP, doing business as VERIZON WIRELESS

8  DENNIS J. HERRERA, State Bar #139669
   City Attorney
9  OWEN J. CLEMENTS, State Bar #141805
   Chief of Special Litigation
10 THERESA L. MUELLER, State Bar #172681
   Chief Energy and Telecommunications Deputy
11 WILLIAM K. SANDERS, State Bar #154156
   Deputy City Attorney
12 City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
13 San Francisco, California 94102-4682
   Telephone:    (415) 554-6771
14 Facsimile:    (415) 554-4757
   E-Mail:        william.sanders@sfgov.org

15 Attorneys for Defendants/Respondents
   CITY AND COUNTY OF SAN FRANCISCO, ET AL.
16
17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20 GTE MOBILNET OF CALIFORNIA            Case No. C-05-4056 (SI)
   LIMITED PARTNERSHIP, doing business
   as VERIZON WIRELESS,                  **STIPULATION OF DISMISSAL OF
21                                        CERTAIN CLAIMS**

22          Plaintiff and Petitioner,

23          vs.

24 CITY AND COUNTY OF SAN
   FRANCISCO, THE DEPARTMENT OF
25 PUBLIC WORKS OF THE CITY AND
   COUNTY OF SAN FRANCISCO, AND THE
26 BOARD OF APPEALS OF THE CITY AND
   COUNTY OF SAN FRANCISCO,
27
            Defendants and Respondents.
28
   STIPULATION OF DISMISSAL                    1
   No. C-05-4056 (SI)

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys

2  for the parties hereto, that the following claims are dismissed pursuant to Federal Rule of Civil

3  Procedure 41(a)(1): (1) the First Claim for Relief, only to the extent that plaintiff alleges therein that

4  defendants' actions are preempted by 47 U.S.C. § 332(c)(7)(B)(i)(I) and § 332(c)(7)(B)(i)(II); (2) the

5  Third Claim for Relief in its entirety; and (3) the Fifth Claim for Relief, only to the extent that

6  plaintiff alleges therein that defendants deprived plaintiff of certain rights, privileges, and immunities

7  secured by the Due Process Clause to the Fourteenth Amendment.

8  Dated: August 11, 2006                                    PILLSBURY WINTHROP SHAW
9                                         PITTMAN LLP
                                               RONALD E. VAN BUSKIRK
10                                              RITA S. CHAN

11
                                          By:              /s/
12                                             RONALD E. VAN BUSKIRK

13                                             Attorneys for Plaintiff/Petitioner
                                               GTE MOBILNET OF CALIFORNIA LIMITED
14                                             PARTNERSHIP, doing business as VERIZON
                                               WIRELESS
15

16  Dated: August 11, 2006                      DENNIS J. HERRERA
                                               City Attorney
17                                             OWEN J. CLEMENTS
                                               Chief of Special Litigation
18                                             THERESA L. MUELLER
                                               Chief Energy and Telecommunications Deputy
19                                             WILLIAM K. SANDERS
                                               Deputy City Attorney
20

21                                        By:              /s/
22                                             WILLIAM K. SANDERS

23                                             Attorneys for Defendants/Respondents
                                               CITY AND COUNTY OF SAN FRANCISCO, THE
24                                             DEPARTMENT OF PUBLIC WORKS OF THE CITY
                                               AND COUNTY OF SAN FRANCISCO, AND THE
25                                             BOARD OF APPEALS OF THE CITY AND COUNTY
                                               OF SAN FRANCISCO
26

27

28
    STIPULATION OF DISMISSAL                      2
    No. C-05-4056 (SI)

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____    _____
                                  SUSAN ILLSTON
                                  UNITED STATES DISTRICT JUDGE