| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>RONALD E. VAN BUSKIRK, State Bar #64683 | MACKENZIE & ALBRITTON LLP<br>JAMES A. HEARD, State Bar #114940 |
| 2 | RITA S. CHAN, State Bar #234754<br>50 Fremont Street | One Post Street, Suite 500<br>San Francisco, California 94104 |
| 3 | San Francisco, CA 94105-2228<br>Telephone: (415) 983-1000 | Telephone: (415) 288-4000<br>Facsimile: (415) 288 4010 |
| 4 | Facsimile: (415) 983-1200<br>E-Mail: rita.chan@pillsburylaw.com | E-Mail: jheard@mallp.com |

5

6 Attorneys for Plaintiff/Petitioner
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, doing business as VERIZON WIRELESS

7

8 DENNIS J. HERRERA, State Bar #139669
City Attorney
9 OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
10 THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
11 WILLIAM K. SANDERS, State Bar #154156
Deputy City Attorney
12 City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
13 San Francisco, California 94102-4682
Telephone: (415) 554-6771
14 Facsimile: (415) 554-4757
E-Mail: william.sanders@sfgov.org

15 Attorneys for Defendants/Respondents
CITY AND COUNTY OF SAN FRANCISCO, THE
16 DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
COUNTY OF SAN FRANCISCO, AND THE BOARD OF
17 APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

18 UNITED STATES DISTRICT COURT

19 NORTHERN DISTRICT OF CALIFORNIA

20 SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | GTE MOBILNET OF CALIFORNIA<br>LIMITED PARTNERSHIP, doing business | Case No. C-05-4056 (SI) |
| 22 | as VERIZON WIRELESS, | **[PROPOSED] ORDER** |
| 23 | Plaintiff and Petitioner, | |
| 24 | vs. | |
| 25 | CITY AND COUNTY OF SAN<br>FRANCISCO, et al. | |
| 26 | Defendants and Respondents. | |
| 27 | | |

28

PROPOSED ORDER
Case No. C-05-4056 (SI)

- 1 -

1    Upon consideration of the Stipulation for Continuance of Case Management
2    Conference filed jointly by Defendants City and County of San Francisco and Plaintiff
3    GTE Mobilnet, doing business as Verizon Wireless, and good cause appearing, IT IS
4    HEREBY DETERMINED AND ORDERED that:
5    The Case Management Conference shall be continued to February 23, 2007.
6
7    Dated: _____, 2007
8
9                                                          _____
10                                                         Hon. Susan Illston
                                                           United States District Court

PROPOSED ORDER
Case No. C-05-4056 (SI)

- 2 -