| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>RONALD E. VAN BUSKIRK, State Bar #64683 | MACKENZIE & ALBRITTON LLP<br>JAMES A. HEARD, State Bar #114940 |
| 2 | RITA S. CHAN, State Bar #234754<br>50 Fremont Street | One Post Street, Suite 500<br>San Francisco, California 94104 |
| 3 | San Francisco, CA 94105-2228<br>Telephone: (415) 983-1000 | Telephone: (415) 288-4000<br>Facsimile: (415) 288 4010 |
| 4 | Facsimile: (415) 983-1200<br>E-Mail: rita.chan@pillsburylaw.com | E-Mail: jheard@mallp.com |

5

6  Attorneys for Plaintiff/Petitioner
   GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, doing business as VERIZON WIRELESS

7

8  DENNIS J. HERRERA, State Bar #139669
   City Attorney
   OWEN J. CLEMENTS, State Bar #141805
9  Chief of Special Litigation
   THERESA L. MUELLER, State Bar #172681
10 Chief Energy and Telecommunications Deputy
   WILLIAM K. SANDERS, State Bar #154156
11 Deputy City Attorney
   City Hall, Room 234
12 1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
13 Telephone: (415) 554-6771
   Facsimile: (415) 554-4757
14 E-Mail: william.sanders@sfgov.org

15 Attorneys for Defendants/Respondents
   CITY AND COUNTY OF SAN FRANCISCO, THE
16 DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
   COUNTY OF SAN FRANCISCO, AND THE BOARD OF
17 APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                   SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | GTE MOBILNET OF CALIFORNIA<br>LIMITED PARTNERSHIP, doing business | Case No. C-05-4056 (SI) |
| 22 | as VERIZON WIRELESS, | **[PROPOSED] ORDER** |
| 23 | Plaintiff and Petitioner, | |
| 24 | vs. | |
| 25 | CITY AND COUNTY OF SAN<br>FRANCISCO, et al. | |
| 26 | Defendants and Respondents. | |
| 27 | | |

28

PROPOSED ORDER
Case No. C-05-4056 (SI)

- 1 -

1   Upon consideration of the Stipulation for Continuance of Case Management
2   Conference filed jointly by Defendants City and County of San Francisco and Plaintiff
3   GTE Mobilnet, doing business as Verizon Wireless, and good cause appearing, IT IS
4   HEREBY DETERMINED AND ORDERED that:
5   The Case Management Conference shall be continued to March 9, 2007.
6
7   Dated: _____, 2007
8
9   _____
10  Hon. Susan Illston
    United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER
Case No. C-05-4056 (SI)

- 2 -