| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>RONALD E. VAN BUSKIRK, State Bar #64683 | MACKENZIE & ALBRITTON LLP<br>JAMES A. HEARD, State Bar #114940 |
| 2 | RITA S. CHAN, State Bar #234754<br>50 Fremont Street | One Post Street, Suite 500<br>San Francisco, California 94104 |
| 3 | San Francisco, CA 94105-2228<br>Telephone: (415) 983-1000 | Telephone: (415) 288-4000<br>Facsimile: (415) 288 4010 |
| 4 | Facsimile: (415) 983-1200<br>E-Mail: rita.chan@pillsburylaw.com | E-Mail: jheard@mallp.com |
| 5 | | |
| 6 | Attorneys for Plaintiff/Petitioner<br>GTE MOBILNET OF CALIFORNIA LIMITED | |
| 7 | PARTNERSHIP, doing business as VERIZON WIRELESS | |
| 8 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney | |
| 9 | OWEN J. CLEMENTS, State Bar #141805<br>Chief of Special Litigation | |
| 10 | THERESA L. MUELLER, State Bar #172681<br>Chief Energy and Telecommunications Deputy | |
| 11 | WILLIAM K. SANDERS, State Bar #154156<br>Deputy City Attorney | |
| 12 | City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place | |
| 13 | San Francisco, California 94102-4682<br>Telephone: (415) 554-6771 | |
| 14 | Facsimile: (415) 554-4757<br>E-Mail: william.sanders@sfgov.org | |
| 15 | Attorneys for Defendants/Respondents | |
| 16 | CITY AND COUNTY OF SAN FRANCISCO, THE<br>DEPARTMENT OF PUBLIC WORKS OF THE CITY AND | |
| 17 | COUNTY OF SAN FRANCISCO, AND THE BOARD OF<br>APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | GTE MOBILNET OF CALIFORNIA<br>LIMITED PARTNERSHIP, doing business | Case No. C-05-4056 (SI) |
| 22 | as VERIZON WIRELESS, | **STIPULATION FOR CONTINUANCE<br>OF CASE MANAGEMENT** |
| 23 | Plaintiff and Petitioner, | **CONFERENCE** |
| 24 | vs. | |
| 25 | CITY AND COUNTY OF SAN<br>FRANCISCO, et al. | |
| 26 | Defendants and Respondents. | |
| 27 | | |

STIPULATION
Case No. C-05-4056 (SI)

- 1 -

1      Plaintiff GTE Mobilnet, doing business as Verizon Wireless, and Defendants the
2  City and County of San Francisco, et al. (collectively, the "Parties"), by and through their
3  attorneys, submit this stipulation.
4      WHEREAS, the Parties' cross motions for summary judgment as to Verizon
5  Wireless' claim under 47 U.S.C. § 253 were argued before the Court on December 1, 2006;
6      WHEREAS, the Court issued an order on February 6, 2007, finding that § 253
7  preempts the City's Major Encroachment Permit Ordinance and granting Verizon Wireless'
8  motion for summary judgment as to the § 253 claim;
9      WHEREAS the Court directed the Parties to submit proposed orders as to the relief
10  to be granted and the Parties are currently working together to prepare a joint proposed
11  order;
12      WHEREAS, the next Case Management Conference is set for March 9, 2007.
13      IT IS HEREBY STIPULATED AND AGREED by and between Verizon Wireless
14  and the City, by and through their respective attorneys of record, that the Case Management
15  Conference be continued from March 9, 2007 to March 30, 2007, subject to approval by the
16  Court.

19  Dated: March 8, 2007        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                RONALD E. VAN BUSKIRK
20                              RITA S. CHAN
                                50 Fremont Street
21                              Post Office Box 7880
                                San Francisco, CA 94120-7880
22

23                              By:_____/s/_____
                                     RONALD E. VAN BUSKIRK
24                              Attorneys for Plaintiff/Petitioner
                                VERIZON WIRELESS

STIPULATION
Case No. C-05-4056 (SI)
- 2 -

Dated: March 8, 2007

DENNIS J. HERRERA
City Attorney
OWEN J. CLEMENTS
Chief of Special Litigation
THERESA L. MUELLER
Chief Energy and Telecommunication Deputy
WILLIAM K. SANDERS
Deputy City Attorney

By: /s/
    WILLIAM K. SANDERS

Attorney for Defendants/Respondents
CITY AND COUNTY OF SAN FRANCISCO, THE DEPARTMENT OF PUBLIC WORKS OF THE CITY AND COUNTY OF SAN FRANCISCO, AND THE BOARD OF APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

STIPULATION
Case No. C-05-4056 (SI)

- 3 -

| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>RONALD E. VAN BUSKIRK, State Bar #64683 | MACKENZIE & ALBRITTON LLP<br>JAMES A. HEARD, State Bar #114940 |
| 2 | RITA S. CHAN, State Bar #234754<br>50 Fremont Street | One Post Street, Suite 500<br>San Francisco, California 94104 |
| 3 | San Francisco, CA 94105-2228<br>Telephone: (415) 983-1000 | Telephone: (415) 288-4000<br>Facsimile: (415) 288 4010 |
| 4 | Facsimile: (415) 983-1200<br>E-Mail: rita.chan@pillsburylaw.com | E-Mail: jheard@mallp.com |

Attorneys for Plaintiff/Petitioner
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, doing business as VERIZON WIRELESS

DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-6771
Facsimile: (415) 554-4757
E-Mail: william.sanders@sfgov.org

Attorneys for Defendants/Respondents
CITY AND COUNTY OF SAN FRANCISCO, THE
DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
COUNTY OF SAN FRANCISCO, AND THE BOARD OF
APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, doing business as VERIZON WIRELESS,<br><br>　　　　Plaintiff and Petitioner,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>　　　　Defendants and Respondents. | Case No. C-05-4056 (SI)<br><br>**[PROPOSED] ORDER** |

PROPOSED ORDER
Case No. C-05-4056 (SI)

- 1 -

1  Upon consideration of the Stipulation for Continuance of Case Management
2  Conference filed jointly by Defendants City and County of San Francisco and Plaintiff
3  GTE Mobilnet, doing business as Verizon Wireless, and good cause appearing, IT IS
4  HEREBY DETERMINED AND ORDERED that:
5  The Case Management Conference shall be continued to March 30, 2007.
6
7  Dated: _____, 2007
8
9
10                                                                    Hon. Susan Illston
                                                                      United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER
Case No. C-05-4056 (SI)
- 2 -