1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RONALD E. VAN BUSKIRK, State Bar #64683
2  RITA S. CHAN, State Bar #234754
   50 Fremont Street
3  San Francisco, CA 94105-2228
   Telephone: (415) 983-1000
4  Facsimile: (415) 983-1200
   E-Mail: rita.chan@pillsburylaw.com
5
   Attorneys for Plaintiff/Petitioner
6  GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, doing business as VERIZON WIRELESS
7
   DENNIS J. HERRERA, State Bar #139669
8  City Attorney
   OWEN J. CLEMENTS, State Bar #141805
9  Chief of Special Litigation
   THERESA L. MUELLER, State Bar #172681
10 Chief Energy and Telecommunications Deputy
   WILLIAM K. SANDERS, State Bar #154156
11 Deputy City Attorney
   City Hall, Room 234
12 1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
13 Telephone: (415) 554-6771
   Facsimile: (415) 554-4757
14 E-Mail: william.sanders@sfgov.org

15 Attorneys for Defendants/Respondents
   CITY AND COUNTY OF SAN FRANCISCO, THE
16 DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
   COUNTY OF SAN FRANCISCO, AND THE BOARD OF
17 APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

MACKENZIE & ALBRITTON LLP
JAMES A. HEARD, State Bar #114940
One Post Street, Suite 500
San Francisco, California  94104
Telephone:  (415) 288-4000
Facsimile:  (415) 288 4010
E-Mail:  jheard@mallp.com

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20              SAN FRANCISCO DIVISION

21 GTE MOBILNET OF CALIFORNIA
   LIMITED PARTNERSHIP, doing business
22 as VERIZON WIRELESS,

23           Plaintiff and Petitioner,

24      vs.

25 CITY AND COUNTY OF SAN
   FRANCISCO, et al.
26
            Defendants and Respondents.
27

Case No. C-05-4056 (SI)

**STIPULATION TO CONTINUE BRIEFING DATES**

28
STIPULATION
Case No. C-05-4056 (SI)

1   Plaintiff GTE Mobilnet, doing business as Verizon Wireless, and Defendants the

2   City and County of San Francisco, et al. (collectively, the "Parties"), by and through their

3   attorneys, submit this stipulation.

4   WHEREAS, the Parties' cross motions for summary judgment as to the 47 U.S.C.

5   § 253 claim were argued before the Court on December 1, 2006;

6   WHEREAS, the Court issued an order on February 6, 2007 granting Verizon

7   Wireless' motion for summary judgment on the § 253 claim and directed the Parties to

8   submit proposed orders as to the relief to be granted;

9   WHEREAS, the Parties have been in active settlement discussions for a possible

10  compromise in the form of a Utility Conditions Permit since the Court's February 6, 2007

11  order, but have not been able to reach agreement on certain issues;

12  WHEREAS, counsel for the Parties appeared before the Court in a March 30, 2007

13  case management conference, during which the Parties agreed to each submit to the Court a

14  proposed order of relief with a supporting letter on April 13, 2007 and to reply to the other

15  party's submission on April 27, 2007;

16  WHEREAS, the Parties believe it is still possible that a compromised form of relief

17  can be achieved through continuing negotiations, and as such, the parties have recently

18  agreed to arrange a meeting for further settlement discussions;

19  WHEREAS, subject to the Court's consent, the Parties desire at this time to

20  continue their discussions and negotiations toward a potential settlement, rather than submit

21  additional legal briefs, and believe that such approach would better conserve the resources

22  of the parties and the Court.

23  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

24  Verizon Wireless and the City, through their respective attorneys of record, that the Parties

25  will continue the briefing dates to the following, subject to approval by the Court:

26  Proposed Order with Opening Letter        May 18, 2007

27  Opposing Letter                          June 1, 2007

28

1

2   Dated:  April 12, 2007        PILLSBURY WINTHROP SHAW PITTMAN LLP
RONALD E. VAN BUSKIRK

3                             RITA S. CHAN
50 Fremont Street

4                             Post Office Box 7880
San Francisco, CA  94120-7880

5

6                             By:_____ /s/ _____
RONALD E. VAN BUSKIRK

7                             Attorneys for Plaintiff/Petitioner
VERIZON WIRELESS

8

9   Dated:  April 12, 2007        DENNIS J. HERRERA
City Attorney

10                            OWEN J. CLEMENTS
Chief of Special Litigation

11                           THERESA L. MUELLER
Chief Energy and Telecommunication Deputy

12                           WILLIAM K. SANDERS
Deputy City Attorney

13

14                           By:_____ /s/ _____
WILLIAM K. SANDERS

15                           Attorney for Defendants/Respondents
CITY AND COUNTY OF SAN FRANCISCO, THE

16                           DEPARTMENT OF PUBLIC WORKS OF THE
CITY AND COUNTY OF SAN FRANCISCO, AND

17                           THE BOARD OF APPEALS OF THE CITY AND
COUNTY OF SAN FRANCISCO

18

19

20

21

22

23

24

25

26

27

28

<table>
<tr><td>1</td><td>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>RONALD E. VAN BUSKIRK, State Bar #64683</td><td>MACKENZIE & ALBRITTON LLP<br>JAMES A. HEARD, State Bar #114940</td></tr>
</table>

1   PILLSBURY WINTHROP SHAW PITTMAN LLP   MACKENZIE & ALBRITTON LLP
    RONALD E. VAN BUSKIRK, State Bar #64683   JAMES A. HEARD, State Bar #114940

2   RITA S. CHAN, State Bar #234754   One Post Street, Suite 500
    50 Fremont Street   San Francisco, California 94104

3   San Francisco, CA 94105-2228   Telephone: (415) 288-4000
    Telephone: (415) 983-1000   Facsimile: (415) 288 4010

4   Facsimile: (415) 983-1200   E-Mail: jheard@mallp.com
    E-Mail: rita.chan@pillsburylaw.com

5

6   Attorneys for Plaintiff/Petitioner
    GTE MOBILNET OF CALIFORNIA LIMITED

7   PARTNERSHIP, doing business as VERIZON WIRELESS

8   DENNIS J. HERRERA, State Bar #139669
    City Attorney

9   OWEN J. CLEMENTS, State Bar #141805
    Chief of Special Litigation

10   THERESA L. MUELLER, State Bar #172681
    Chief Energy and Telecommunications Deputy
    WILLIAM K. SANDERS, State Bar #154156

11   Deputy City Attorney
    City Hall, Room 234

12   1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102-4682

13   Telephone: (415) 554-6771
    Facsimile: (415) 554-4757

14   E-Mail: william.sanders@sfgov.org

15   Attorneys for Defendants/Respondents
    CITY AND COUNTY OF SAN FRANCISCO, THE

16   DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
    COUNTY OF SAN FRANCISCO, AND THE BOARD OF

17   APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

18          UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA

20            SAN FRANCISCO DIVISION

| 21  GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, doing business | Case No. C-05-4056 (SI) |
|---|---|
| 22  as VERIZON WIRELESS, | **[PROPOSED] ORDER** |
| 23      Plaintiff and Petitioner, | |
| 24      vs. | |
| 25  CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| 26  | |
| 27      Defendants and Respondents. | |

28

PROPOSED ORDER
Case No. C-05-4056 (SI)

1    Upon consideration of the Stipulation to Continue Briefing Dates filed jointly by

2  Defendants City and County of San Francisco, et al. and Plaintiff GTE Mobilnet, doing

3  business as Verizon Wireless, and good cause appearing, IT IS HEREBY DETERMINED

4  AND ORDERED that the submittal dates for briefings shall be re-scheduled to the

5  following:

6       Proposed Order and Opening Letter          May 18, 2007

7       Opposing Letter                            June 1, 2007

8

9       Dated: _____, 2007

10

11                                            _____

12                                            Hon. Susan Illston
                                              United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28