| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>RONALD E. VAN BUSKIRK, State Bar #64683 | MACKENZIE & ALBRITTON LLP<br>JAMES A. HEARD, State Bar #114940 |
| 2 | RITA S. CHAN, State Bar #234754<br>50 Fremont Street | One Post Street, Suite 500<br>San Francisco, California 94104 |
| 3 | San Francisco, CA 94105-2228<br>Telephone: (415) 983-1000 | Telephone: (415) 288-4000<br>Facsimile: (415) 288 4010 |
| 4 | Facsimile: (415) 983-1200<br>E-Mail: rita.chan@pillsburylaw.com | E-Mail: jheard@mallp.com |

Attorneys for Plaintiff/Petitioner
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, doing business as VERIZON WIRELESS

DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-6771
Facsimile: (415) 554-4757
E-Mail: william.sanders@sfgov.org

Attorneys for Defendants/Respondents
CITY AND COUNTY OF SAN FRANCISCO, THE
DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
COUNTY OF SAN FRANCISCO, AND THE BOARD OF
APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, doing business as VERIZON WIRELESS,<br><br>      Plaintiff and Petitioner,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>      Defendants and Respondents. | Case No. C-05-4056 (SI)<br><br>**STIPULATION TO CONTINUE BRIEFING DATES** |

STIPULATION
Case No. C-05-4056 (SI)

- 1 -

1    Plaintiff GTE Mobilnet, doing business as Verizon Wireless, and Defendants the
2 City and County of San Francisco, et al. (collectively, the "Parties"), by and through their
3 attorneys, respectfully submit this stipulation and proposed order.
4    WHEREAS, the Parties' cross motions for summary judgment as to Verizon
5 Wireless' claim under 47 U.S.C. § 253 claim (the "§ 253 Claim") were argued before the
6 Court on December 1, 2006;
7    WHEREAS, the Court issued an order on February 6, 2007 granting Verizon
8 Wireless' motion for summary judgment on the § 253 Claim and directed the Parties to
9 submit proposed orders as to the relief to be granted;
10   WHEREAS, the Parties have been in active settlement discussions for a possible
11 compromise in the form of a Utility Conditions Permit since the Court's February 6, 2007
12 order, but have not been able to reach agreement on certain issues;
13   WHEREAS, counsel for the Parties appeared before the Court in a March 30, 2007
14 case management conference, during which the Parties each agreed to submit to the Court a
15 proposed order of relief with a supporting letter on April 13, 2007 and to reply to the other
16 party's submission on April 27, 2007;
17   WHEREAS, the Parties previously have agreed to continue the briefing dates to
18 May 18, 2007 and June 1, 2007;
19   WHEREAS, the Parties have now identified some areas of potential compromise,
20 are currently working on some of the details, and have agreed to meet in the coming weeks
21 to further discuss those details;
22   WHEREAS, the Parties believe it is still possible that a compromised form of relief
23 can be achieved through continuing negotiations;
24   WHEREAS, subject to the Court's approval, the Parties desire at this time to
25 continue their negotiations toward a potential settlement, rather than submit additional legal
26 briefs, and believe that such approach would better conserve the resources of the parties and
27 the Court.
28

STIPULATION
Case No. C-05-4056 (SI)

- 2 -

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Verizon Wireless and the City, through their respective attorneys of record, that the Parties will continue the briefing dates to the following, subject to approval by the Court:

| | |
|---|---|
| Proposed Order with Opening Letter | July 23, 2007 |
| Opposing Letter | August 6, 2007 |

Dated: May 14, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
RONALD E. VAN BUSKIRK
RITA S. CHAN
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By:_____/s/_____
RONALD E. VAN BUSKIRK

Attorneys for Plaintiff/Petitioner
VERIZON WIRELESS

Dated: May 14, 2007

DENNIS J. HERRERA
City Attorney
OWEN J. CLEMENTS
Chief of Special Litigation
THERESA L. MUELLER
Chief Energy and Telecommunication Deputy
WILLIAM K. SANDERS
Deputy City Attorney

By:_____/s/_____
WILLIAM K. SANDERS

Attorney for Defendants/Respondents
CITY AND COUNTY OF SAN FRANCISCO, THE DEPARTMENT OF PUBLIC WORKS OF THE CITY AND COUNTY OF SAN FRANCISCO, AND THE BOARD OF APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP | MACKENZIE & ALBRITTON LLP |
| | RONALD E. VAN BUSKIRK, State Bar #64683 | JAMES A. HEARD, State Bar #114940 |
| 2 | RITA S. CHAN, State Bar #234754 | One Post Street, Suite 500 |
| | 50 Fremont Street | San Francisco, California 94104 |
| 3 | San Francisco, CA 94105-2228 | Telephone: (415) 288-4000 |
| | Telephone: (415) 983-1000 | Facsimile: (415) 288 4010 |
| 4 | Facsimile: (415) 983-1200 | E-Mail: jheard@mallp.com |
| | E-Mail: rita.chan@pillsburylaw.com | |

Attorneys for Plaintiff/Petitioner
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, doing business as VERIZON WIRELESS

DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-6771
Facsimile: (415) 554-4757
E-Mail: william.sanders@sfgov.org

Attorneys for Defendants/Respondents
CITY AND COUNTY OF SAN FRANCISCO, THE
DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
COUNTY OF SAN FRANCISCO, AND THE BOARD OF
APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, doing business as VERIZON WIRELESS, | Case No. C-05-4056 (SI) |
| | **[PROPOSED] ORDER** |
| Plaintiff and Petitioner, | |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| Defendants and Respondents. | |

PROPOSED ORDER
Case No. C-05-4056 (SI)

- 1 -

Upon consideration of the Stipulation to Continue Briefing Dates filed jointly by Defendants City and County of San Francisco, et al. and Plaintiff GTE Mobilnet, doing business as Verizon Wireless, and good cause appearing, IT IS HEREBY DETERMINED AND ORDERED that the submittal dates for briefings shall be re-scheduled to the following:

| | |
|---|---|
| Proposed Order and Opening Letter | July 23, 2007 |
| Opposing Letter | August 6, 2007 |

Dated: _____, 2007

_____
Hon. Susan Illston
United States District Court

PROPOSED ORDER
Case No. C-05-4056 (SI)

- 2 -