| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP | MACKENZIE & ALBRITTON LLP |
| RONALD E. VAN BUSKIRK, State Bar #64683 | JAMES A. HEARD, State Bar #114940 |
| RITA S. CHAN, State Bar #234754 | One Post Street, Suite 500 |
| 50 Fremont Street | San Francisco, California 94104 |
| San Francisco, CA 94105-2228 | Telephone: (415) 288-4000 |
| Telephone: (415) 983-1000 | Facsimile: (415) 288 4010 |
| Facsimile: (415) 983-1200 | E-Mail: jheard@mallp.com |
| E-Mail: rita.chan@pillsburylaw.com | |

Attorneys for Plaintiff/Petitioner
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, doing business as VERIZON WIRELESS

DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-6771
Facsimile: (415) 554-4757
E-Mail: william.sanders@sfgov.org

Attorneys for Defendants/Respondents
CITY AND COUNTY OF SAN FRANCISCO, THE
DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
COUNTY OF SAN FRANCISCO, AND THE BOARD OF
APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, doing business as VERIZON WIRELESS,<br><br>Plaintiff and Petitioner,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants and Respondents. | Case No. C-05-4056 (SI)<br><br>**[PROPOSED] ORDER** |

1   Upon consideration of the Stipulation to Continue Briefing Dates filed jointly by
2   Defendants City and County of San Francisco, et al. and Plaintiff GTE Mobilnet, doing
3   business as Verizon Wireless, and good cause appearing, IT IS HEREBY DETERMINED
4   AND ORDERED that the submittal dates for briefings shall be re-scheduled to the
5   following:

6       Proposed Order and Opening Letter    September 24, 2007
7       Opposing Letter    October 8, 2007
8
9       Dated: _____, 2007
10
11      _____
12      Hon. Susan Illston
        United States District Court