| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP | MACKENZIE & ALBRITTON LLP |
| | RONALD E. VAN BUSKIRK, State Bar #64683 | JAMES A. HEARD, State Bar #114940 |
| 2 | RITA S. CHAN, State Bar #234754 | 423 Washington Street, Sixth Floor |
| | 50 Fremont Street | San Francisco, California  94111 |
| 3 | San Francisco, CA 94105-2228 | Telephone:  (415) 288-4000 |
| | Telephone: (415) 983-1000 | Facsimile:  (415) 288 4010 |
| 4 | Facsimile: (415) 983-1200 | E-Mail:  jheard@mallp.com |
| | E-Mail:  rita.chan@pillsburylaw.com | |

5

6  Attorneys for Plaintiff/Petitioner
   GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, doing business as VERIZON WIRELESS

7

8  DENNIS J. HERRERA, State Bar #139669
   City Attorney
   OWEN J. CLEMENTS, State Bar #141805
9  Chief of Special Litigation
   THERESA L. MUELLER, State Bar #172681
10 Chief Energy and Telecommunications Deputy
   WILLIAM K. SANDERS, State Bar #154156
11 Deputy City Attorney
   City Hall, Room 234
12 1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
13 Telephone:  (415) 554-6771
   Facsimile:  (415) 554-4757
14 E-Mail:  william.sanders@sfgov.org

15 Attorneys for Defendants/Respondents
   CITY AND COUNTY OF SAN FRANCISCO, THE
16 DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
   COUNTY OF SAN FRANCISCO, AND THE BOARD OF
17 APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

18                     UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, doing business | Case No. C-05-4056 (SI) |
| 22 | as VERIZON WIRELESS, | **[PROPOSED] ORDER** |
| 23 | Plaintiff and Petitioner, | |
| 24 | vs. | |
| 25 | CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| 26 | | |
| 27 | Defendants and Respondents. | |

28

PROPOSED ORDER
Case No. C-05-4056 (SI)

- 1 -

1  Upon consideration of the Joint Notice Of Anticipated Filing Of Dismissal And
2  Stipulated Request To Continue Briefing Dates And Case Management Conference filed
3  jointly by Defendants City and County of San Francisco, et al. and Plaintiff GTE Mobilnet,
4  doing business as Verizon Wireless, and good cause appearing, IT IS HEREBY
5  DETERMINED AND ORDERED that:
6     1.   The submittal dates for briefings on proposed relief shall be re-scheduled to
7  the following:
8         Proposed Order with Opening Letter     April 3, 2008
9         Opposing Letter     April 17, 2008
10    2.   The Case Management Conference previously scheduled for March 7, 2008,
11 is continued to April 25, 2008, at 2:30 p.m.
12    3.   NO FURTHER CONTINUANCES WILL BE GRANTED.
13
14    Dated: _____, 2008
15
16                                        _____
17                                         Hon. Susan Illston
                                        United States District Court
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER
Case No. C-05-4056 (SI)

- 2 -