| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP | MACKENZIE & ALBRITTON LLP |
|  | RONALD E. VAN BUSKIRK, State Bar #64683 | JAMES A. HEARD, State Bar #114940 |
| 2 | RITA S. CHAN, State Bar #234754 | 423 Washington Street, Sixth Floor |
|  | 50 Fremont Street | San Francisco, California 94111 |
| 3 | San Francisco, CA 94105-2228 | Telephone: (415) 288-4000 |
|  | Telephone: (415) 983-1000 | Facsimile: (415) 288 4010 |
| 4 | Facsimile: (415) 983-1200 | E-Mail: jheard@mallp.com |
|  | E-Mail: rita.chan@pillsburylaw.com | |

5

6  Attorneys for Plaintiff/Petitioner
   GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, doing business as VERIZON WIRELESS

Case 3:05-cv-04056-SI   Document 119   Filed 04/02/2008   Page 1 of 2

7

8  DENNIS J. HERRERA, State Bar #139669
   City Attorney
   OWEN J. CLEMENTS, State Bar #141805
9  Chief of Special Litigation
   THERESA L. MUELLER, State Bar #172681
10 Chief Energy and Telecommunications Deputy
   WILLIAM K. SANDERS, State Bar #154156
11 Deputy City Attorney
   City Hall, Room 234
12 1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
13 Telephone: (415) 554-6771
   Facsimile: (415) 554-4757
14 E-Mail: william.sanders@sfgov.org

15 Attorneys for Defendants/Respondents
   CITY AND COUNTY OF SAN FRANCISCO, THE
16 DEPARTMENT OF PUBLIC WORKS OF THE CITY AND
   COUNTY OF SAN FRANCISCO, AND THE BOARD OF
17 APPEALS OF THE CITY AND COUNTY OF SAN FRANCISCO

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, doing business as VERIZON WIRELESS, | Case No. C-05-4056 (SI) |
| 22 | | **JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 23 | Plaintiff and Petitioner, | |
| 24 | vs. | |
| 25 | CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| 26 | | |
| 27 | Defendants and Respondents. | |

28 JOINT NOTICE OF SETTLEMENT AND STIPULATION OF
   DISMISSAL WITH PREJUDICE
   Case No. C-05-4056 (SI)

1   The parties hereby notify the Court that they have agreed to resolve this matter on
2   the following terms:
3   1.   Plaintiff will execute and deliver to the City and County of San Francisco
4   (the "City") a Utility Conditions Permit ("UCP") in the form attached as Exhibit A hereto.
5   Within ten (10) days of receiving the executed UCP, the City will execute the same and
6   issue the UCP to plaintiff.

Case 3:05-cv-04056-SI   Document 119   Filed 04/02/2008   Page 2 of 2

7   2.   The parties hereby stipulate to the dismissal of this action with prejudice.
8   The clerk is requested to close the file.
9   3.   By dismissing this action with prejudice, the parties do not intend to
10  extinguish any claims reserved in Section 9.13.1 of the UCP attached as Exhibit A.
11  4.   Each party shall bear its own costs.
12
13  Dated: April 2, 2008         MACKENZIE & ALBRITTON LLP
14
15                               By: _____
                                 JAMES A. HEARD
16                               Attorneys for Plaintiff/Petitioner
                                 VERIZON WIRELESS
17
18  Dated: April 2, 2008         DENNIS J. HERRERA
                                 City Attorney
19                               OWEN J. CLEMENTS
                                 Chief of Special Litigation
20                               THERESA L. MUELLER
                                 Chief Energy and Telecommunication Deputy
21                               WILLIAM K. SANDERS
                                 Deputy City Attorney
22
23                               By: _____
                                 WILLIAM K. SANDERS
24
25                               Attorney for Defendants/Respondents
                                 CITY AND COUNTY OF SAN FRANCISCO, THE
26                               DEPARTMENT OF PUBLIC WORKS OF THE
                                 CITY AND COUNTY OF SAN FRANCISCO, AND
27                               THE BOARD OF APPEALS OF THE CITY AND
                                 COUNTY OF SAN FRANCISCO
28

JOINT NOTICE OF SETTLEMENT AND STIPULATION OF
DISMISSAL WITH PREJUDICE
Case No. C-05-4056 (SI)